

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D    +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

October 7, 2022

**VIA ECF**

> The parties' request to stay all deadlines in this action from October 7, 2022 to November 22, 2022 is granted.  The parties are to submit a status letter on November 22, 2022.  SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: October 7, 2022
> New York, New York

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Abreu v. Riot Games Merchandise, Inc.,* Case No. 1:22-cv-03652-ER

Dear Judge Ramos:

We represent Defendant Riot Games Merchandise, Inc. ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45) days, from October 7, 2022 to November 22, 2022.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:    All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms